UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| VERNON C. BROWN JR., ) | |
| ) | |
| Petitioner, ) | Case No. CV 12-4039-CAS(AJW) |
| ) | |
| v. ) | |
| ) | MEMORANDUM AND ORDER |
| TIM A. VARGAS, ) | DISMISSING PETITION |
| ) | |
| Respondent. ) | |

Petitioner filed this petition for a writ of habeas corpus on May 9, 2012. This is the sixth habeas petition petitioner has filed in this Court.[1] The first petition, which was filed in Case No. CV 03-7528-FMC(AJW), challenged petitioner's 2001 murder conviction in the Los Angeles County Superior Court. That petition was denied on the merits on June 8, 2004. Petitioner subsequently filed numerous other petitions challenging the same conviction, and those petitions were dismissed as successive. See Case Nos. CV 04-4250-R(AJW), CV 11-4338-CAS(AJW), CV 11-4691-CAS(AJW), CV 11-7476-CAS(AJW), CV 11-7997-

---

[1] Many of the facts are obtained from the Court's files concerning petitioner's prior petitions. The Court may take judicial notice of such official court files. See Fed.R.Evid. 201; Lee v. City of Los Angeles, 250 F.3d 668, 688 (9th Cir. 2001).

CAS(AJW).

Absent authorization from the Ninth Circuit Court of Appeals, which petitioner has not obtained, petitioner's challenge to his 2001 murder conviction must be dismissed for lack of jurisdiction. See 28 U.S.C. §§ 2244(b)(2) & 2244(b)(3); see Felker v. Turpin, 518 U.S. 651, 656-657 (1996); Greenawalt v. Stewart, 105 F.3d 1268, 1277 (9th Cir.), cert. denied, 519 U.S. 1102 (1997).

**It is so ordered.**

Dated: May 16, 2012

_____
Christina A. Snyder
United States District Judge

```
 1
 2
 3
 4
 5
 6
 7
 8                      UNITED STATES DISTRICT COURT
 9                     CENTRAL DISTRICT OF CALIFORNIA
10                            WESTERN DIVISION
11  VERNON C. BROWN, JR.,         )   Case No. CV 12-4039-CAS(AJW)
                                  )
12              Petitioner,       )
                                  )   JUDGMENT
13  vs.                           )
                                  )
14  TIM A. VARGAS,                )
                                  )
15              Respondent.       )
    _____)
16
17      It is hereby adjudged that the petition for a writ of habeas
18  corpus is dismissed for lack of jurisdiction.
19
20  Dated: _____
21
                                     _____
22                                   Christina A. Snyder
                                     United States District Judge
23
24
25
26
27
28
```