UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| VERNON C. BROWN, JR., ) | Case No. CV 12-4039-CAS(AJW) |
| Petitioner, ) | |
| vs. ) | JUDGMENT |
| TIM A. VARGAS, ) | |
| Respondent. ) | |

**It is hereby adjudged** that the petition for a writ of habeas corpus is dismissed for lack of jurisdiction.

Dated: May 16, 2012

_____
Christina A. Snyder
United States District Judge